UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NEFT, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-536 |
| | ) | (Phillips) |
| BORDER STATES ENERGY, LLC, | ) | |
| WILLIAM STAPES (an individual), | ) | |
| JAMES T. STAPLES (an individual), | ) | |
| ANNETTE B. STAPLES (an individual), | ) | |
| LYLE H. COOPER (an individual), | ) | |
| PATRICK L. MARTIN (an individual), and | ) | |
| STEVEN A. WALLACE, (an individual), | ) | |
|     Defendants. | ) | |
| And | | |
| BORDER STATES ENERGY, LLC, | ) | |
| WILLIAM STAPLES, JAMES T. STAPLES, | ) | |
| ANNETTE STAPLES, LYLE H. COOPER, | ) | |
| PATRICK L. MARTIN AND STEVEN A. WALLACE, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-570 |
| | ) | Consolidated with |
| NEFT, LLC, | ) | No. 3:04-CV-536 |
|     Defendant. | ) | |

## **JUDGMENT ORDER**

This case came before the court on the motion for contempt by plaintiff NEFT, LLC. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED**:

    1.    Plaintiff NEFT's motion to hold Border States Energy, LLC, William Staples, James Staples, Annette Staples, Lyle Cooper, Patrick Martin and Steven

Wallace in contempt [Doc. 52] is **DENIED**; NEFT's motion for preliminary relief is also **DENIED.**

2. NEFT, LLC shall recover from defendant Border States Energy, LLC the sum of $419,383.76, less any amounts obtained from the individual defendants.

3. NEFT, LLC shall recover from defendants James and Annette Staples, the sum of $20,000.00.

4. NEFT, LLC shall recover from defendant William Staples, the sum of $20,000.00.

5. NEFT, LLC shall recover from defendant Lyle Cooper, the sum of $20,000.00

6. NEFT, LLC shall recover from defendant Steven Wallace, the sum of $20,000.00.

7. NEFT, LLC shall recover from defendant Patrick Martin, the sum of $20,000.00.

8. Defendant Border States Energy, LLC is **ORDERED** to reimburse NEFT for its reasonable attorney fees and costs incurred in enforcing the settlement. NEFT shall file an application for such costs and fees within ten (10) days of this order. Border States shall have five (5) days from service of NEFT's application in which to file a response. Any reply by NEFT shall be filed within three (3) days of service of Border State's response.

9. The case having been settled as per the announcement of counsel in open court on March 18, 2005, it is **ORDERED** that plaintiff's complaint be and it hereby is **DISMISSED WITH FULL PREJUDICE.**

Dated at Knoxville, Tennessee, this _____ day of September, 2006.

                                                    s/ Patricia L. McNutt
                                                    Clerk of Court