United States District Court

**EASTERN**     **DISTRICT OF**     **TENNESSEE**

NEFT, LLC

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:04-CV-536

BORDER STATES ENERGY ET AL

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; The court therefore **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(a). It is **ORDERED**, for the reasons stated in the R&R, which the court adopts and incorporates into its ruling, that plaintiff's motion for attorney fees [Doc. 79] is **GRANTED,** whereby plaintiff is awarded the sum of $24,059.50 in attorneys and costs. Additionally, defendants' motion to correct judgment is **DENIED.** Defendants are **ORDERED** to reimburse NEFT for its reasonable attorney fees and costs incurred in enforcing the settlement in this case.

    July 25, 2007                                          Patricia L. McNutt, Clerk
Date

                                                                              By    S/A. Archer,      Case Manager