United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

NEFT, LLC

AMENDED JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:04-CV-536

BORDER STATES ENERGY ET AL

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; The court therefore **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(a). It is **ORDERED**, for the reasons stated in the R&R, which the court adopts and incorporates into its ruling, that plaintiff's motion for attorney fees [Doc. 79] is **GRANTED,** whereby plaintiff is awarded the sum of $24,059.50 in attorneys and costs. Additionally, defendants' motion to correct judgment is **DENIED.**

**"Defendant Border States Energy is ORDERED to reimburse NEFT for its reasonable attorney fees and costs incurred in enforcing the settlement in this case."**

August 28, 2007                                        Patricia L. McNutt, Clerk
Date

By  S/A. Archer,   Case Manager